from Dave Thomas 1077894
Greensville Correctional Center
901 Corrections Way
Jarratt Virginia 23870

(Criminal Complaint)

To: The clerk office
Eastern District of Virginia         April 08 2023 sat
600 Granby street
Norfolk Virginia 23510        (This is my Secon
                               (Criminal Complaint)

(Letter of Correspondence)

To: The clerk of the Courts

On 11-14-2022 mon I had received a charge from mr k Akinsanmi and mr G. Traylor for not Turning on the Light that was Broken for week's the small light was on That over the sink mr Akinsanmi constantly harassing me (only) for months until he handed me this charge But (NOT) my cell mate. The date for hearing was 11-23-2022 wed which Ended up on 11-29-2022 Tue at 3:50 pm I went to the hearing and was found (NOT GUILTY) By the hearing officer (ms Lawrence). The harassment continue By C/O mr Akinsanmi until unit manager mr Spoterico talk to him. Later on in the next month 01-23-23 mon the Big Top light was fix By maintenance. Then on 02-15-23 wed $10.00 dollars was taken out of my Account which I have written to Account and asked them to Return my money Back for my Account, I Requested several Time's. Then Business office manager ms S. Rawling Response on 03-08-23 wed GCC-23-INF-00929 also ms S Faison. They instructed me to write to the hearing officer for the money to Be Return Back to your Account. I comply with written Request (NO) answer, follow up with written complaint no response, I (ONLY) get Response from ms E Witt [I must first submit a written complaint on this issue] which I did But ms D. peterson the institutional Ombudsman will (NOT) Give me NO LOG number for me to follow up with the Grievance process (see the complaint that ms E Witt stated & (circle) with Red ink). ms E Witt Request for me to Attached my monthly statement to Verifying that $10.00 was charge. I comply with a copy of the Receipt. (GCC20230215 WDM-W04 institutional fines, 70-511 on 2-15-23 wed). The Game's continue by ms E Witt and ms k Cosby. on 03-22-23 wed I Received Log number from ms C-I henderson who is the new
GCC-23-INF-00929

12/6/22

institutional Ombudsman with all The Request ms E Witt asked me for she did not Response To my Complaint. Then on 03-23-23 I'm mail off Grievance To (Region Ombudsman That was Stamp dated Apr 06-2023 THUR ms K losby stated nothing showing The $10.00 charge Attached which ms losby stamp it. see The Receipt) she is (Lying) Then ms K losby also stated GCC-23-INF-00929 was NOT sent with Appeal; Receip could have Been Attached. This is The Game your (Staffs) are playing, my Complaint & Grievance Return from Eastern Regional office without Beening FOUNDED from ms K losby & ms E Witt. on 04-03-23 mon written several Request To The Lead warden mr — ponturi for his Assistance (no) Response, Then l written 2 Request To warden mr A W Russel on 04-04-23 Tue & 04-14-23 FRI no Response. Then on 04-18-23 Tue Lunch Time l spoke with Colonel mr — Riddick about my problem he Taken a picture of my ID & Copy's of The complaint & Grievance and say To me he is going To send it To Account up front, Still no Response. Greensville Staff's & Administration (DONT) comply To operation procedure- 866-1, 866-F3 & 866-F1 as Department of Correction instructed for offenders & Staff's To follow which They are not comply To. for Example written complaint was written from 03-19-23 sun (no) Tracking number, l Resubmit on 4-3-23 mon Received Log number # GCC-23-INF-01290 from ms henderson C.J on 4-18-23 TUE and Response Due Date is 4-18-23 TUE which she stated Date Received 4-3-23 mon. Then ms E. Witt stated (Expired filing period) on 4-19-23 WED which it Return To me on Thur 04-20-23 THUR at 5:34 By TO mr Stenson. See Line 23 of Complaint on ms henderson who was doing her (job) and l had To make my (LOG) number (# GCC-23-DAT-31574) when did The Government Give D.O.C staff's The Right To Take money from offender Account without consent is That a (LAW). for staffs/Employees To have Bad conduct it (All) started from (BAD LEADER ship) which staff's shown Little quality of moral Standard They are Easily To influence, Corrupt with wicked intent for their Colleagues which Shown The (LEADER) mr ponturi have prior knowledge of what go's on in his Establishment/institution and did nothing, That's (BAD LEADERShip) They have Taken from me ($10.00) # GCC20230215WDHW04, Taken ($62.18) # 122X3428093399740 & # 122X3428039218 9157 Taken By c/o ms ingram & c/o m Scott, and ($465.90) for work as a painter (mr M Spatorico & mr B Timmons also (others) Refuse To pay me for working. # GCC-22-INF-03048. Also night work in The chapel Library clerk $12.60 Refuse To pay me over Time (mr h Zarif — & ms S Butts I PM) Legal Action will follow 12.60   Dave Thomas c/c new is OT B scott
in The Total $550.68   Respectfully Submitted
$563.28

# CRIMINAL COMPLAINT

RULES 3A:3 and 7C:3

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **on 02-15-2023 Wed** (DATE) in the ☐ City ☐ County ☑ Town of **Jarratt Virginia 23870**

Committed an offense as follows:

**Larceny, Tampering with Records**

I base my belief on the following facts:

**On 02-15-23 WED $10.00 Dollars was taken out of my Trust Account without my Approval, I comply to the institutional Complaint & Grievance process several times Requesting for the money to Return Back to my Account they Deliberately ignore my Complaints. They Delay & hinder Sabotaging my Complaints will not Return my money. inclose is a Written Letter of Correspondance**

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

_____
**Dave Thomas c/o DT**
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____
DATE AND TIME

☐ CLERK   ☐ MAGISTRATE   ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

**ACCUSED**: Name, Description, Address / Location

**Ms. Lawrence**
LAST NAME, FIRST NAME, MIDDLE INITIAL

**901 Correction Way**

**Jarratt Virginia 23870**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO | DAY | YR | HT. FT | IN | WGT. | EYES | HAIR |
|------|-----|---------|-----|----|----|-----|------|------|------|
| B | F | | | | 5 | 2 | 175 | | BL |

SSN:

other identification or location information

**Ms. Lawrence is the Department Hearing Officer**

**COMPLAINANT**: Name, Address, Title (if any) and telephone number

**Dave Thomas 1077894-2-234**
**Greensville Correctional Center**
**901 Correction Way**
**Jarratt Virginia 23870**

# CRIMINAL COMPLAINT

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **on 02-15-2023 wed** DATE in the ☐ City ☐ County ☑ Town of **Jarratt Virginia 23870**

Committed an offense as follows:

Larceny, Tampering with Records, Accomplice Liability, Thief falsifies Document

I base my belief on the following facts: ms E Witt coincide with her colleague's By Refusing comply to D.O.C operation procedure 866-F1 & F3 policy, ms Witt Requested copy of The Receipt showing That $10.00 was Taken out which she stamp it she ignore my Receipt ms Witt constantly interfere with Complaints & Grievance process Delaying and hindering Sabotaging Documents with Retaliation when I Exercise constitution 1 amendment Right. There are no Accountability for There unlawful act.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

**Dave Thomas c/o DT**
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____ DATE AND TIME          ☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

**ACCUSED:** Name, Description, Address / Location

ms E Witt
LAST NAME, FIRST NAME, MIDDLE INITIAL

901 Correction way

Jarratt Virginia 23870

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | F | | | | | | 220 | | |

SSN

other identification or location information

ms E Witt is The Regular Grievance Ombudsman

**COMPLAINANT:** Name, Address, Title (if any) and telephone number

Dave Thomas 1077894 2-234
Greensville Correctional Center
901 Correction Way
Jarratt Virginia 23870

# CRIMINAL COMPLAINT

Case No. _____

RULES 3A:3 and 7C:3

- ☑ General District Court
- ☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **on 04-06-2023 Thur** DATE in the ☐ City ☐ County ☑ Town of **Jarratt Virginia 23870**

Committed an offense as follows: **Larceny, Tampering with Record, Accomplice witness, knowingly falsifies Document**

I base my belief on the following facts: The Thief of $10.00 Dollars from my Account ms K Cosby interference with written complaint & Grievance process Delaying & hindering, Sabotage of Document By Retaliation Violate my Constitution 1 & __ Amendment Right. They Constantly Breaking D.O.C operation procedure 866-F1 & F3 as policy stated. They Deliberately Refusing To Return my money Back To my Account. They are not Being held Accountable of There unlawful Act. ms Cosby is The Regional Ombudsman for The Eastern Regional office who make The final (Decision) instead She (Lies) saying she see nothing showing The $10.00 charge attached. (please see complaint)

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

**Dave Thomas c/c DT**
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____
DATE AND TIME    ☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

**ms K Cosby**
LAST NAME, FIRST NAME, MIDDLE INITIAL
**14545 Old Belfield Road**
**Capron Virginia 23829**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | F | | | | | | | | |

SSN: 

other identification or location information
**ms K Cosby is The Regional Ombudsman**

COMPLAINANT: Name, Address, Title (if any) and telephone number
**Dave Thomas 1077894 2-234**
**Greensville Correction Center**
**901 Correction Way**
**Jarratt Virginia 23870**

# CRIMINAL COMPLAINT

RULES 3A:3 and 7C:3

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about _____ DATE in the ☐ City ☐ County ☑ Town of Jarratt Virginia 23870

Committed an offense as follows:

Larceny, Thief of wages in the amount $465.90

I base my belief on the following facts:

Its over 1½ years constantly requesting for my correct pay as a painter which all the other painters received there correct pay they have shown to me Discrimination, prejudice toward me totally ignore my request, written complaints & grievance for months, I here by asked the courts to have them / Administration to return my wages to my account please

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
• By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
• The charge in this warrant cannot be dismissed except by the court, even at my request.

Dave Thomas c/c DT
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

DATE AND TIME _____   ☐ CLERK   ☐ MAGISTRATE   ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

Mr. M Spatorico
LAST NAME, FIRST NAME, MIDDLE INITIAL
901 Correction Way
Jarratt Virginia 23870

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | FT. HT. | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|---------|-----|------|------|------|
| W | M | | | | 6 | 0 | 210 | | BL |

SSN: 

other identification or location information

was the Building unit manager now Captain

COMPLAINANT: Name, Address, Title (if any) and telephone number

Dave Thomas 1077894 2-234
Greensville Correctional Center
901 Correction Way
Jarratt Virginia 23870

# CRIMINAL COMPLAINT

RULES 3A:3 and 7C:3

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about _____ DATE

in the ☐ City ☐ County ☑ Town of Jarratt Virginia 23870

Committed an offense as follows:

Larceny, Thief of wages in the Amount $465.90

I base my belief on the following facts:

Its over 1 1/2 years Requesting for my correct pay as a painter which all the other painters are Received correct pay They have Shown Discrimination & prejudice, ignore my Request for month & written complaints & Grievance. mr Timmons gave me the job. I here By asked The Courts To have Them / Administration To Return my wages To my account please.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

Dave Thomas 6/c 07
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____ ☐ CLERK ☐ MAGISTRATE ☐ JUDGE
DATE AND TIME

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

mr R Timmons
LAST NAME, FIRST NAME, MIDDLE INITIAL
901 Correction Way
Jarratt Virginia 23870

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|---------|-----|------|------|------|
| B | M | | | | 6 | 1 | 300 | BL | BL |

SSN

other identification or location information

was S-1 2 Building unit manager

COMPLAINANT: Name, Address, Title (if any) and telephone number

Dave Thomas 1077894 - 2-234
Greensville Correctional Center
901 Correction Way
Jarratt Virginia 23870

# CRIMINAL COMPLAINT

Case No. _____

RULES 3A:3 and 7C:3

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **wed April 5 23 To April 14 23 FRI** (DATE) in the ☐ City ☐ County ☑ Town of **Jarratt Virginia**

Committed an offense as follows:

Larceny, Thief of wages in The Amount $12.60

I base my belief on the following facts:

we/me have work pass owe working schedule 8 AM To 4 PM Then Return working 5 PM to 9:30 PM passover service as a chaplain clerk written Request To owe Boss mr Zarif he Told me To see ms Butts which I did ms Butts have not Response which follow with written complaint. Staff's here Dont want To pay us when we work. There are now Taken money from us. I here By asking The court To held Them Accountable and to pay me for my service any person work MUST Received his pay.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
• By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
• The charge in this warrant cannot be dismissed except by the court, even at my request.

_Dave Thomas_ c/o DT
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____
DATE AND TIME

☐ CLERK   ☐ MAGISTRATE   ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

ms S. Butts I.P.M  Black
LAST NAME, FIRST NAME, MIDDLE INITIAL
901 Correction Way
Jarratt Virginia 23870

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|---------|-----|------|------|------|
| B | F |  |  |  | 6 | 0 | 200 | B | B |

SSN

other identification or location information

ms Butts are The IPM for 5-1 Support & Building

COMPLAINANT: Name, Address, Title (if any) and telephone number

Dave Thomas 1077894 2-234
Greensville Correctional center
901 Correction Way
Jarratt Virginia 23870

# CRIMINAL COMPLAINT

RULES 3A:3 and 7C:3

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **April 5 (WED) to 14 (FRI) 2023**
DATE

in the ☐ City ☐ County ☑ Town of **Jarratt Virginia 23870**

Committed an offense as follows:
Larceny, Thief of wages in The Amount $12.60

I base my belief on the following facts:
We/me have work pass owe working schedule 8 AM to 4 PM, Then Return working from 5 PM to 9:30 PM for passover service as a chaplain clerk, written several Request To owe Boss mr Zarif he Told me To see ms Butts, which I did ms Butts have not Response which which follow with written complaint. Staff's here Dont want To pay us when we work There are now Taken money from us I here By asking The court To hell Them Accountable and pay me for my service. any person work MUST Received his pay

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
• By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
• The charge in this warrant cannot be dismissed except by the court, even at my request.

_Dave Thomas c/c 08_
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____
DATE AND TIME

☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

mr h zarif                chaplain
LAST NAME, FIRST NAME, MIDDLE INITIAL
901 Correction way
Jarratt Virginia 23870

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|---------|-----|------|------|------|
| B | M |  |  |  | 5 | 7 | 225 | B | B |

SSN: _____

other identification or location information

mr Zarif is The chaplain for all Religious programs & owe Boss

COMPLAINANT: Name, Address, Title (if any) and telephone number

Dave Thomas 1077894  2-234
Greensville Correctional Center
901 Correction way
Jarratt Virginia 23870

# CRIMINAL COMPLAINT

RULES 3A:3 and 7C:3

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **May 04, 2022** (DATE)

in the ☐ City ☐ County ☑ Town of **Jarratt Virginia 23870**

Committed an offense as follows:
**Larceny, Thief of $62.18**

I base my belief on the following facts:
Requested information from mr Scott & ms Igram several times with written complaints, "why 2 boxs cost $62.18 That weight 43 p. They ignore my question for months no help from Lead Warden or The institution Ombudsman or The Regional Ombudsman of Greensville staffs, constantly Taken money from me & my Account , my wages, no one are Been held Accountable for Thief. so I'm asking The court To have Them Return my money Back into my Account please.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
• By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
• The charge in this warrant cannot be dismissed except by the court, even at my request.

_Dave Thomas %c DL_
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____   ☐ CLERK   ☐ MAGISTRATE   ☐ JUDGE
DATE AND TIME

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

**Ms ___ Igram**
LAST NAME, FIRST NAME, MIDDLE INITIAL

**901 Correction Way**
**Jarratt Virginia 23870**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|---------|-----|------|------|------|
| B | F | | | | 5 | 8 | 185 | B | B |

SSN:

other identification or location information

**S-3 property for all offenders**

COMPLAINANT: Name, Address, Title (if any) and telephone number

**Dave Thomas 1077894  2-234**
**Greensville Correctional Center**
**901 Correction Way**
**Jarratt Virginia 23870**

# CRIMINAL COMPLAINT

RULES 3A:3 and 7C:3

Case No. _____

☑ General District Court
☐ Juvenile and Domestic Relations District Court

I, The undersigned Complainant this day make oath that I have reason to believe that the Accused, on or about **May 04 2022** (DATE) in the ☐ City ☐ County ☑ Town of **Jarratt Virginia 23870**

Committed an offense as follows:

Larceny, Thief of $62.18

I base my belief on the following facts:

Requested information from mr. Scott & ms ingram several time's with written complaints why 2 Box's cost $62.18 That weight 43 p They ignore my question for months no help from Head warden or The institution Ombudsman or The Regional Ombudsman of Greensville Staffs, Constantly Taken money from my account & my wages no one are Been held Accountable for Thief. So I'm askeding The court to have Them Return my money Back into my Account please.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I also obligate myself to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

_Dave Thomas 7c D2_
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

_____
DATE AND TIME

☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE

FORM DC-311 11/91 (114:3-021 9/93)

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address / Location

mr. Scott
LAST NAME, FIRST NAME, MIDDLE INITIAL

901 Correction Way
Jarratt Virginia 23870

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | FT. | HT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| B | M | | | | 6 | 0 | 210 | BL | BL |

SSN: 

other identification or location information

S-3 propertys for all offenders

COMPLAINANT: Name, Address, Title (if any) and telephone number

Dave Thomas 1077894 2-234
Greensville Correctional Center
901 Correction Way
Jarratt Virginia 23870



**VIRGINIA DEPARTMENT OF CORRECTIONS**

Written Complaint 866_F

93 → Written Complaint  my TRACKING LOG
GCC-23-DAT-3/5741

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when informal complaint process is satisfied by other documentation.

Offender Name: Thomas Dave    Offender Number: 1077894    Housing Assignment: S-1   2-234   SA

Individuals Involved in Incident: ms C.J Henderson C J

Date/Time of Incident: 5:30 AM / 04-08-2023

TO: ADDRESS TO LEAD WARDEN (ONLY) MR K. PUNTURI
(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific):

On 04-04-23 Tue at 10:45 AM I talk to ms C.J Henderson she told me ms E. will are going to answer the written complaint that I handed to her on the Blvd that was still on Warden ms B Grant & C/O mr Davison and other complaint's of mines, when Since Grievance institutional Ombudsman Response to writ complaint?, which (was) ms D peterson, ms A Green & the last person is ms C Henderson. ms Henderson was doing her job before I received (log) number's on some of my seven complaint's with Receipts, Response Date & Some without Respo

Offender Signature: WITHOUT PREJUDICE  Dave Thomas C/C ___ cont    Date: 04-08-202_   cont →

*Offenders - Do Not Write Below This Line*

Date Received: _____    Response Due: _____    Log Number: _____

Assigned to: _____

Action Taken/Response:

_____
_____
_____
_____
_____

Respondent Signature    Printed Name and Title    Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further act on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once or new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS    Revision Date: 6 2

Date, I have Received Receipts But some of Them Don't Return with a Copy of the Written Complaint is. (Despite our Deferance's with ms K Williams She (ALWAYs) Do her job (professionally) even when I have written an Complaint on her, ms Williams Log in The Complaint on her self #GCC-22-INF-03045 which we came To Agreement issue was Solved with mr M Spatorico, That's (profession) (Q: Why) when written Complaint Afto go To ms E Witt To answer (my) Compla when she (ONLY) answer The Grievance process? ms henderson are Responsible for The written Complaint with The Log, Receipt and Copy of The Complaint's To Return Back To us offenders. Q: So, when O.P. 866-1 Rules & policy chang ms henderson why are you not doing your job and allowing your (BOSS) Bullying you also your Colleague's Them, intimidating, manipulate you To do Their (Dirty) job/ wrongdoing you are Showing That you are (weak minded) for not doing your job which is your Obligation To assist us without showing Lack in Strength which is the honorable Thing To do is To show no-fearlessness Develop worthiness, principle, moral Standard, Learn integrity That me (HONESTY) (SINCERITY) in your work performance and you Get more Respect for understanding us as human Beings for you To Become a humitarian with Reasoning, fairness, honesty. Take some Tip's from ms K Williams who is a humitarian with moral Standard who Gets nothing But Enough, " " (RESPECT).

my Complaint are To Be handled By (you) not ms E Witt which is your (Responsibility). Please do your job as Required By D.O.C instructed for (ALL) of
(23) To Comply/follow [as O.P. 866-1 Stated it's imperative That (All) offenders Be Able To (UTILIZE) available Administrative (REMEDIES) in a (Timely MANNER) for problem Resolution and To provide Assistance so That The offenders Ability To (GRIEVE) an issue is NO way (HINDERED), ms henderson are Deliberately Depriving & hindering my Complaints with her Colleagues/Sabotage my Complain That's on [ Warden B Grant & To mr Davison That I handed To her in front of her Building 3 on 04-03-23 men which I Resubmit several Times ][as O.P. 866-1 Stated use Gr evance process in Good faith for problem Resolution Should (NOT) cause offender (ANY DENIAL) of ACCESS To The Grievance procedure] so I'm not Satisfied un, rofessonal unSatisfactory Resolution of This (ISSUE) with ms henderson, who's doing her job Responsibly.

DEPARTMENT OF CORRECTION

Facility Request 801_F3_2-22

copy was also mail to ms S. Butt

# Facility Request

Ex B

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: Dave Thomas
DOC Number: 1077894
Housing Unit: 2-234
Date: 04-20-2023 Thur
To: Mr Zarif (Staff Member Name) or Chapel Library (Department)

Request For: ☐ Appointment  ☐ Information  ☑ Services  Other: _____

Summary (Please Print): hello mr zarif I am writing this request about working on (passover) night work from 04-05-23 Wed to 04-13-23 Thur a total amount of (28 hours) Except for Saturday Because we was Lock inside the Cell, I don't know if you added the hours on this month pay Roll (28hr × 0.45¢ = $12.60)

(Received on 04/1/23 Tue at 11:25 Am By chaplain Mr h zarif at my cell door)

Thank you for your time

Do not attach additional pages and do not write below this line

## Facility Response

Request sent to correct department ☐ Yes ☑ No       Date _____
Request was rerouted to: _____
Inmate seen ☑ Yes ☐ No
Response: Mr Thomas as I have stated to you previously. I have no control over this request Please consult your IPM. Resubmit your request to the IPM.

Staff Respondent Name: Chaplain Zarif
Date of Response: 4/20/2023

VIRGINIA DEPARTMENT OF CORRECTIONS          Revision Date: 2/15/22